DARRELL SIGGERS,

Case Number: 07-12495

             Plaintiff,

HON. MARIANNE O. BATTANI

v.

ELLEN M. CAMPBELL, *ET AL.*,

             Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation,

filed on August 15, 2008, (Doc. 28), and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' December 7, 2007, motion to strike (Doc. 21) their November 5,

2007, motion to dismiss, and Defendants' November 5, 2007, motion to dismiss (Doc. 19)

are **DENIED**.

                        s/Marianne O. Battani
                        MARIANNE O. BATTANI
                        UNITED STATES DISTRICT JUDGE

Dated: September 17, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served upon  Plaintiff and counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
Deputy Clerk