**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DARRELL SIGGERS,

        Plaintiff,

v.                                                  Case Number: 07-12495

ELLEN M. CAMPBELL,                HON. MARIANNE O. BATTANI
PATRICIA L. CARUSO,
ANDREW J. JACKSON, and
N. MINTON,

        Defendants.
        _____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

Before the Court is Plaintiff Darrell Siggers' Motion for reconsideration of this Court's order denying his motion to suspend his initial filing fee. (Doc. 79). The Court previously denied Siggers' motion to suspend his intial filing fee because Siggers failed to state the issues the he intended to present on appeal, as required by Federal Rule of Appellate Procedure 24(a)(1)(C). In his motion, Siggers has presented the issues he intends to present on appeal. After review of Siggers' submissions, the Court finds that he is entitled is entitled to proceed *in forma pauperis* on appeal under 28 U.S.C. § 1915. Accordingly, the Court **GRANTS** Siggers' motion for reconsideration.

Although this suspends payment of the full filing fee, Siggers is still required to make payments on the filing fee until the full filing fee is paid. Thus, the Court requires Siggers to pay an initial filing fee of $20.81, under 28 U.S.C. § 1915(b)(1)(A). In

addition, Siggers is required to make monthly payments in accordance with 28 U.S.C. § 1915(b)(2).

The Court notes that Siggers states that on May 15, 2010, he will be able to access a certificate of deposit that will allow him to pay the full filing fee. Accordingly, the Court orders Siggers to pay any unpaid remainder of his filing fee no later than June 15, 2010.

**IT IS SO ORDERED.**

                              s/Marianne O. Battani
                              MARIANNE O. BATTANI
                              UNITED STATES DISTRICT JUDGE

Dated: January 5, 2010

**CERTIFICATE OF SERVICE**

Copies of this Order were mailed to Plaintiff and counsel of record on this date by ordinary mail and/or electronic filing.

                              s/Bernadette M. Thebolt
                              Case Manager